## ORDER

PER CURIAM.

Peggy Purcell appeals from the trial court's judgment dismissing her petition against Jerome L. Howe, Inc. alleging employment discrimination under the Missouri Human Rights Act for lack of subject matter jurisdiction.

We have reviewed the briefs of the parties and the record on appeal and find the claim of error to be without merit. No error of law appears. No precedential or jurisprudential purposes would be served by an opinion restating the detailed facts and the principles of law. The parties have been furnished with a memorandum for their purposes only explaining the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

Before GARY M. GAERTNER, SR., P.J., GEORGE W. DRAPER III, J., and KENNETH M. ROMINES, J.

## ORDER

PER CURIAM.

Defendant, Timothy O'Bannon, appeals from the judgment entered after a jury found him guilty of burglary in the second degree. The trial court sentenced defendant, as a prior and persistent offender, to four years imprisonment.

No jurisprudential purpose would be served by a written opinion. The parties have been provided with a memorandum for their information only, setting forth the reasons for this decision. The judgment is affirmed. Rule 30.25(b).

**STATE of Missouri, Respondent**

v.

**Timothy O'BANNON, Appellant.**

No. ED 85395.

Missouri Court of Appeals,
Eastern District,
Division Two.

Aug. 23, 2005.

**Eileen M. TURLEY, Respondent,**

v.

**Edward F. TURLEY, Appellant.**

No. ED 85340.

Missouri Court of Appeals,
Eastern District,
Division Three.

Aug. 23, 2005.

Robert W. Lundt, St. Louis, MO, for Appellant.

Deborah Daniels, Jefferson City, MO, for Respondent.

Francis James Murphy III, St. Louis, MO, for appellant.

Nathan S. Cohen, Clayton, MO, for respondent.